DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                NO. 12-05-00239-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

MARTIN REYES,    §          APPEAL FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE  §          SMITH COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            Appellant has filed a notice of
withdrawal of appeal.  The motion is
signed by Appellant and his  counsel.  No decision having been delivered by this
Court, the motion is granted, and the appeal is dismissed in accordance with
Texas Rule of Appellate Procedure 42.2.

Opinion delivered June 14, 2006.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

 

 

(DO
NOT PUBLISH)